IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30494
Summary Calendar
_____

PAMELA VANDI,

Plaintiff-Appellant,

versus

JO ANNE B BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1705
--------------------
March 11, 2003

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Pamela Vandi appeals from the district court's dismissal of her complaint challenging the denial of an application for supplemental security income benefits. The district court dismissed the complaint for Vandi's failure to file a brief as ordered. Vandi does not directly address the district court's dismissal in what she has labeled a "Token Brief." Although

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pro se pleadings are afforded liberal construction, Haines v. Kerner, 404 U.S. 519, 520 (1972), even pro se litigants must adequately brief arguments in order to preserve them. Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); see also FED. R. APP. P. 28(a). Although Vandi asserts that the Commissioner has wrongfully withheld medical records from her which precluded her from filing a "meaningful" brief in the district court or in this court, her contention is conclusional and speculative, at best, and unsupported by the record. Vandi has failed to adequately brief any issue on appeal. Yohey, 985 F.2d at 224-25.

AFFIRMED.